UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
Chattanooga Division

| | |
|---|---|
| JOSHUA A. KILGORE, d/b/a<br>Collins Building Materials,<br>6540 Highway 41<br>Jasper, Tennessee 37347<br><br>    Plaintiff,<br><br>v.<br><br>FIRSTLINE NATIONAL INSURANCE COMPANY,<br>200 North Main Street<br>Bel Air, Maryland 21014-3544<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S PETITION FOR REMOVAL

Defendant Firstline National Insurance Company ("Defendant" or "Firstline"), hereby petitions this Court for Removal of this Action from the Circuit Court for Marion County, Tennessee to the United States District Court for the Eastern Division of Tennessee, Chattanooga Division. This Notice of Removal is filed under Title 28, Sections 1332, 1441 and 1446 of the United States Code. The removal is based upon the following:

1. This Action was filed in the Circuit Court for Marion County, Tennessee on or about February 5, 2019, by Joshua A. Kilgore, d/b/a Collins Building Materials, ("Plaintiff" or "Collins"), Civil Action Number 22134.

2. On or about February 11, 2019, Collins served the Complaint upon the Tennessee Department of Commerce and Insurance as the statutory agent for service of process pursuant to Tennessee Code Annotated §56-2-504.

3. By letter dated February 14, 2019, Jerald E. Gilbert, Designated Agent, Service of Process, for the Tennessee Department of Commerce and Insurance, forwarded a copy of the Summons, Complaint, and Affidavit of Plaintiff's counsel, J. Harvey Cameron, Esq. (together, the "Initial Pleadings"), to Defendant Firstline.

4. Defendant Firstline did not receive the Initial Pleadings from the Tennessee Department of Commerce and Insurance until March 19, 2019. A true copy of the Initial Pleadings as received by Harford by certified mail on March 19, 2019, is attached as **Exhibit A** and is incorporated by reference. Please note that **Exhibit A** includes two copies of the Initial Pleadings, but has been attached in the form that it was received by Firstline.

5. However, on or about February 11, 2019, Plaintiff's representative and public adjuster, Richard West, informed Firstline by electronic mail that a complaint had been filed by the Plaintiff on Friday, February 8, 2019, but no details regarding the court in which that complaint had been filed, or any other information about that complaint were provided, and no courtesy copy of that complaint was provided by the Plaintiff to Firstline.

6. Accordingly, Firstline awaited service of the Complaint.

7. On or about March 5, 2019, Firstline still had not received a copy of any lawsuit by Collins, and instructed counsel to begin contacting courts and researching dockets to determine if it could find out where the alleged complaint had been filed.

8. On March 5, 2019, Firstline learned that no claims had been filed in the United States District Court for the Eastern District of Tennessee for either "Firstline National Insurance Company" or its parent company, "Harford". See **Exhibit B** (screen shots of the PACER docket system showing no results for any actions filed by Collins against "Firstline National Insurance Company" or "Harford," accessed on March 5, 2019), which is incorporated by reference.

9. On March 6, 2019, Firstline, by counsel, contacted the Clerk's office for the Circuit Court and the Clerk & Master of the Chancery Court for Marion County, Tennessee, the county in which Plaintiff Collins' property is located. Counsel called on the telephone because the Marion County Circuit Court and Chancery Court dockets are not available electronically. Specifically, Daniel I. Hall, Esq., of Midkiff, Muncie & Ross, P.C.'s Bristol, Tennessee office, called the Clerk's Office and the Clerk & Master of Chancery's Office and asked whether any complaints had been filed by the Insured, Joshua A. Kilgore, d/b/a Collins Building Materials against either "Firstline National Insurance Company" or its parent company, Harford Mutual Insurance Company. The Clerk's office and Clerk & Master's office advised Mr. Hall that the Court had no record of any suit between those parties.

10. Also on March 6, 2019, Attorney Hall examined the dockets of both the Circuit Court and the Chancery Court for Knox County and Davidson County Tennessee, and found no indication that Collins had filed an action in those courts against Firstline or Harford.

11. As Collins and Firstline were continuing efforts to resolve the outstanding issues in the Claim, the parties continued to negotiate and Firstline continued to await service of the Complaint.

12. On or about March 14, 2019, Firstline still had not been served with a copy of any lawsuit by Collins.

13. On or about March 14, 2019, Firstline claim representative Matt Moreau sent an electronic mail message to Richard West which, among other things, advised Collins and Mr. West that Firstline still had not been served with the complaint about which Mr. West had advised Firstline on February 11, 2019. See **Exhibit C**, which is a true copy of the relevant portions of the

electronic mail message issued by Mr. Moreau to Mr. West on March 14, 2019, at 10:18 a.m., which is incorporated by reference.

14. By electronic mail dated March 14, 2019, 11:06 a.m., Attorney Harvey Cameron sent a copy of the Complaint which had apparently been filed in the Circuit Court for Marion County, Tennessee on February 5, 2019. Attorney Cameron sent his electronic mail to Collins and to Collins' public adjuster, Richard West, with a copy to Matt Moreau and Mike Morgan, CPA, Firstline's accountant. A true copy of Attorney Cameron's electronic mail and attachments dated March 14, 2019, is attached as **Exhibit D** and is incorporated by reference.

15. Upon receipt of Attorney Cameron's Email of March 14, 2019, Attorney Hall on behalf of Firstline contacted the Clerk of the Circuit Court for Marion County to verify the Complaint that had been provided by Mr. Cameron, since the Clerk had first advised Attorney Hall that no such Complaint had been filed. Attorney Hall first asked the Clerk to locate the pleading by party name. The Clerk again advised Attorney Hall that the Court had no record of an action involving those parties. Attorney Hall then provided the Clerk with the Case Number from the copy of the Initial Pleadings provided by Attorney Cameron, at which point the Clerk was able to locate the case and finally could verify that the Complaint had, in fact, been filed on February 5, 2019.

16. Defendant Firstline is filing this Notice of Removal in this Court within thirty (30) days of actual receipt of a copy of the Complaint, whether counted from March 14, 2019, when Attorney Cameron provided a courtesy copy, or from March 19, 2019, when the actual, certified letter arrived at Firstline from the Tennessee Department of Commerce and Insurance (represented by **Exhibits A** and **D**). See Farris v. Youngblood, 248 F. Supp 598 (E.D. Tenn. 1965); Corwin v. State Farm Fire & Cas. Co., 2018 U.S. Dist. LEXIS 212856, 2018 WL 6620081 (M.D. Tenn,

Nashville, Dec. 18, 2018), copies of which are attached as **Exhibit E** and are incorporated by reference.

17. Firstline filed an Answer, Affirmative Defenses and a Counterclaim in the Circuit Court of Marion County, Tennessee, on Monday, April 1, 2019. A true copy of Firstline's Answer, Affirmative Defenses and Counterclaim is attached hereto as **Exhibit F** and is incorporated by reference.

18. All the documents filed in the Circuit Court are included among Attachments A, D, and F, except that on March 18, 2019, the Clerk of the Circuit Court did finally receive and file an Affidavit of Compliance, as required by Tennessee Code Annotated §56-2-504(b), from the Tennessee Department of Commerce and Insurance. A copy of that Affidavit is attached as **Exhibit G** and is incorporated by reference.

19. Firstline National Insurance Company is a corporation organized and existing under the laws of the State of Maryland, with its principal place of business located in Bel Air, Maryland. Firstline is, therefore, a citizen of the State of Maryland, and is not a citizen of Tennessee.

20. Plaintiff Joshua A. Collins is an individual operating as a sole proprietorship, doing business under the name Collins Building Materials and whose principal place of business is located at 6540 Highway 41, Jasper, Tennessee. Plaintiff, therefore, is a citizen of the State of Tennessee.

21. This matter is removable to the United States District Court for the Eastern District of Tennessee under Title 28, section 1332 of the United States Code, as there is complete diversity of citizenship between the parties.

22. Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs.

23. Plaintiff commenced this action in this Court, a state court that is within the Chattanooga Division of the United States District Court for the Eastern District of Tennessee.

24. Firstline has also filed a Notice of Removal as required with the Circuit Court for Marion County, Tennessee, and will also serve a copy of this Petition for Removal on the Plaintiff. A copy of the Notice of Removal filed with the Circuit Court is attached as **Exhibit H** and is incorporated by reference.

WHEREFORE, Firstline respectfully request that this Action be removed from the Circuit Court of Marion County, Tennessee, to the United States District Court for the Eastern District of Tennessee.

                                                FIRSTLINE NATIONAL
                                                INSURANCE COMPANY

                                                By: /s/ Brian J. Rife, Esq.

                                                Brian J. Rife, Esquire (BPR No. 023853)
                                                620 State Street, Suite 3000
                                                Bristol, Tennessee 37620
                                                (423) 573-2440 (phone)
                                                (423) 573-2439(fax)
                                                brife@midkifflaw.com
                                                *Counsel for Firstline National Insurance Company*

                                                Diane U. Montgomery, Esquire (VSB No. 31850)
                                                *Pro Hac Vice Pending*
                                                Midkiff, Muncie & Ross, P.C.
                                                300 Arboretum Place, Suite 420
                                                Richmond, Virginia 23236
                                                Telephone: (804) 560-9600
                                                Facsimile: (804) 560-5997
                                                Email: dmontgomery@midkifflaw.com

# CERTIFICATE OF SERVICE

I certify that on April 3, 2019, a true and accurate copy of the foregoing was filed electronically using the Court's CM/ECF system, causing a true and accurate copy to be served on all counsel of record. Additionally, as Plaintiff Joshua A. Kilgore, d/b/a Collins Building Materials has not yet made an appearance in this Court, a true and accurate copy of the foregoing was sent by First Class Mail and electronic mail to the following counsel for Plaintiff:

        J. Harvey Cameron, BPR # 2465
        Cameron & Cameron, P.C.
        28 Courthouse Square, Suite 100
        P.O. Box 759
        Jasper, Tennessee 37347
        (423) 942-9975

        By: /s/ Brian J. Rife, Esq.

        Brian J. Rife, Esq. (BPR No. 023853)
        Midkiff, Muncie & Ross, P.C.
        620 State Street, Suite 3000
        Bristol, Tennessee 37620
        (423) 573-2440 (phone)
        (423) 573-2439(fax)
        E-mail: brife@midkifflaw.com
        *Counsel for Firstline National Insurance Company*